AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
At Albuquerque NM
SEP 19 2016
MATTHEW J. DYKMAN
CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JoAnn Bell | ) | Case No. 16-MJ-3531 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 18, 2016__ in the county of __Bernalillo__ in the
_____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1708 | Theft or receipt of stolen mail matter generally |

This criminal complaint is based on these facts:
See attached affidavit

☒ Continued on the attached sheet.

_____
Complainant's signature

Ryan Calvert United States Postal Inspector
Printed name and title

Sworn to before me and signed in my presence.

Date: 9/19/16

_____
Judge's signature

City and state: Albuquerque, NM     United States Magistrate Judge William P. Lynch
Printed name and title

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

United States of America,

        Plaintiff,

vs.

**JoAnn BELL**,

        Defendants.

## AFFIDAVIT

I, Ryan Calvert, being duly sworn, hereby depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a United States Postal Inspector with the United States Postal Inspection Service ("USPIS"), currently assigned to the Albuquerque Domicile, and have been so employed since June 2013. During that time, I have been trained to work on numerous federal criminal investigations involving mail theft and identity theft. I have worked with other inspectors, agents, police officers, and law enforcement personnel who have extensive criminal investigative experience and training.

2. The information contained in this affidavit is not an exhaustive account of everything I know about this case. Rather, it contains only the facts that I believe are necessary to establish probable cause in support of a criminal complaint against JoAnn BELL for a violation of 18 U.S.C. § 1708, Theft or receipt of stolen mail matter generally.

3. The information contained within the affidavit is based on my training and experience, as well as information imparted to me by other law enforcement officers involved in this investigation.

### DETAILS OF INVESTIGATION

4. Since July 8, 2016, I have been investigating mail theft from U.S. Postal Service blue collection boxes including those located in the parking lot in front of the Steve Schiff Station Post Office, 9719 Candelaria Rd NE, Albuquerque, NM. Customers complained that outgoing mail deposited into the boxes did not reach its intended destination. Video cameras located at the Steve Schiff Station Post Office repeatedly captured a Honda CR-V believed to be involved in stealing mail.

5. On or about August 29, 2016, while observing the surveillance footage from the Steve Schiff Station Post Office, I was able to obtain a license plate for the Honda CR-V, New

Mexico License Plate NCL436. A database search of the plate showed JoAnn Bell as the registered owner of the vehicle.

6. On September 1, 2016, Inspector Stephanie Herman and I interviewed Ms. Bell at the Main Post Office regarding mail theft and checks that were recovered incident to her arrest in July, 2016 by the Bernalillo County Sheriff's Office. She stated her boyfriend, Nathan Berke, would steal mail from the blue collection boxes, using a fishing device. Ms. Bell described the fishing device as a vertical blind with a rat trap stuck to the end of it. The device is fed into the mailbox and mail that sticks to it is "fished" out.

7. On September 18, 2016, at approximately 4 AM, I was contacted by a H.M., a supervisor for the Postal Service, who stated they were told by an employee that the red Honda CR-V was seen at the Manzano Station Post Office located at 11600 Haines Ave NE, Albuquerque, NM and was now parked across the street.

8. On September 18, 2016, I spoke with S.D., the postal employee who observed the vehicle. She stated she arrived to work at approximately 3:40 AM at the Manzano Station Post Office and observed the vehicle at the blue collection boxes in the parking lot. She stated she observed someone standing by the boxes. She stated she drove around and pulled up behind the vehicle as the vehicle was pulling away. She stated the vehicle left the parking lot and parked across the street. She stated it was a red Honda CR-V.

9. On September 18, 2016, beginning at approximately 4:45 AM I conducted surveillance at the Manzano Station Post Office and observed the vehicle parked across the street. I walked by the vehicle and observed Ms. Bell asleep in the driver's seat of the vehicle. I recognized Ms. Bell from our interview with her on September 1, 2016. I also observed a fishing device in Ms. Bell's lap as well as a large amount of mail. Some of the mail had been opened.

10. On September 18, 2016, Inspector Herman and I arrested Ms. Bell. Ms. Bell declined to make a statement. Ms. Bell's vehicle was towed by Eagle Towing to be searched at a later date.

11. On September 18, 2016, I spoke with D.G., a victim whose mail was seen in the vehicle. She stated her husband placed several bills into the blue collection box that is near Albertson's located on Juan Tabo and Candelaria September 17, 2016. She stated she and her husband didn't give anyone other than the U.S. Postal Service and the intended recipients permission to have her mail.

## CONCLUSION

12. Based on the aforementioned facts, I believe there is probable cause that on or about September 18, 2016, in the District of New Mexico, JoAnn Bell violated 18 U.S.C. § 1708, Theft or receipt of stolen mail matter generally.

*(signature)*
Ryan Calvert
United States Postal Inspector

Subscribed and sworn to before me
this ~~18th~~ day of September, 2016.

*(signature)*
William P. Lynch
United States Magistrate Judge

3