IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                                Case No. 1:16-cr-4000-JMC

v.

JOANN BELL,

    Defendant.

**ORDER DENYING UNOPPOSED MOTION TO CONTINUE
SENTENCING SETTING; DENYING AS MOOT UNOPPOSED
MOTION TO CONTINUE SENTENCING HEARING; AND DENYING
AS MOOT STIPULATED MOTION TO SET CASE FOR SENTENCING**

On December 20, 2017, Defendant filed an Unopposed Motion to Continue Sentencing Hearing scheduled for January 8, 2018 (Doc. 46). On March 1, 2018, Defendant filed a Stipulated Motion to Set Case for Sentencing (Doc. 50). On June 14, 2018, Defendant filed an Unopposed Motion to Continue Sentencing Setting (Doc 54). On June 18, 2018, the parties appeared before this Court telephonically for a status conference. At the status conference, Defendant's counsel informed the Court that Defendant no longer desires a continuance of her sentencing hearing. Accordingly, this Court DENIES Defendant's Unopposed Motion to Continue Sentencing Setting (Doc. 54). Furthermore, because this Court is holding a sentencing hearing on the above-styled criminal action on June 20, 2018, this Court DENIES AS MOOT the Unopposed Motion to Continue Sentencing Hearing scheduled for January 8, 2018 (Doc. 46) and the Stipulated Motion to Set Case for Sentencing (Doc. 50).

    IT IS SO ORDERED.

Entered for the Court
this the 15th day of June, 2018

<u>/s/ Joel M. Carson III</u>
Joel M. Carson III
United States Circuit Judge
Sitting by Designation